Date: September 29, 2021



## WATER WARRANTY DEED AND ASSIGNEMENT OF PERMIT RIGHTS
## TRANSFER OF EAA PERMIT WATER RIGHTS

THE STATE OF TEXAS

                                                                                                KNOW ALL PERSONS BY THESE PRESENTS:

COUNTY OF BEXAR

That Nerium Biotechnology, Inc., ("**Grantor**"), whose mailing address is 5886 De Zavala Road, Suite 102, PMB 537, San Antonio, TX 78249, in consideration of Ten Dollars ($10) and other good and valuable consideration paid by the Grantee herein named, have GRANTED. SOLD. TRANSFERRED. CONVEYED, and ASSIGNED, and by these presents do GRANT. SELL. TRANSFER. CONVEY, and ASSIGN to Joseph B. Nester ("**Grantee**"), whose mailing address is 7150 Spring Grove. San Antonio. Texas 78249 the following "Water Rights":

9.333 acre-feet per year of Edwards Aquifer permitted unrestricted irrigation groundwater, described in Edwards Aquifer Authority's (EAA) Permit Number 107-587 recorded with the Bexar County Clerk. Official Public Records. Bexar County. Texas.

TO HAVE AND TO HOLD the Water Rights, together with all and singular the rights and appurtenances thereto in any wise belonging, unto Grantee and Grantee's successors or assigns forever; and Grantor binds Grantor and Grantor's successors to warrant and forever defend all and singular the Water Rights to Grantee and Grantee's successors and assigns against even' person whomsoever lawfully claiming or to claim the same or any part thereof.

**RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY:**

The Water Rights which are described above are subject to any existing limitations, restrictions, applicable rules, or other conditions now in effect of which may be adopted or imposed by the Edwards Aquifer Authority, including but not limited to the limitations and conditions to the rights to withdraw and beneficially use Edwards Aquifer water as recited in the above-mentioned permit.

I hereby certify that the information given herein this Agreement is true and accurate to the best of my knowledge and belief.

**SIGNATURES ON THE NEXT PAGE**

Signatures:

_____
Grantor: Nerium Biotechnology, Inc.
By: Joseph B. Nester, Sec-Treasurer

State of Texas, County of Bexar

Subscribed and sworn before me this 29th day of September 2021

_____
Notary Public
Commission Expires: 1/31/2024

Elizabeth Gutierrez
My Commission Expires
01/31/2024
ID No. 126303918

_____
Grantee: Joseph B. Nester

State of Texas, County of Bexar

Subscribed and sworn before me this 29th day of September 2021

_____
Notary Public
Commission Expires: 1/31/2024

Elizabeth Gutierrez
My Commission Expires
01/31/2024
ID No. 126303918

**Medina County**
**Gina Champion**
Medina County Clerk

Instrument Number: 2021010897

Real Property Recordings

Recorded On: October 05, 2021 11:32 AM          Number of Pages: 3

" Examined and Charged as Follows: "

Total Recording: $30.00

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**
Document Number: 2021010897
Receipt Number: 20211005000029
Recorded Date/Time: October 05, 2021 11:32 AM
User: Jeanie G
Station: ccindex1

**Record and Return To:**
JOSEPH NESTER



**STATE OF TEXAS**
**Medina County**
I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Medina County, Texas

Gina Champion
Medina County Clerk
Medina County, TX