| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 23-50890-mmp<br>Western District of Texas<br>San Antonio<br>Fri Nov 14 16:16:05 CST 2025 | Nerium Biotechnology Inc.<br>5886 DeZavala Rd, Suite 102<br>San Antonio, TX 78249-2269 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78205-2055 |
| U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Attorney General of the United States<br>Main Justice Bldg; Room 5111<br>10th and Constitution Ave. NW<br>Washington, D.C. 20530-0001 |
| (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Brilliant Fulfillment<br>1520 Luna Road<br>Suite 120<br>Carrollton, TX 75006-6446 | CDW Consolidated Design West<br>1345 S Lewis Street<br>Anaheim, CA 92805-6431 |
| Cardinal Emergent LLC<br>c/o Ruben Valadez<br>Langley & Banack<br>745 E. Mulberry #700<br>San Antonio, TX 78212-3172 | Chris T. Webbles<br>c/o William R. Davis, Jr.<br>Langley & Banack, Inc.<br>745 E. Mulberry Ave., Suite 700<br>San Antonio, TX 78212-3172 | Connex Systems, Inc<br>P.O. Box 660831<br>Dallas, TX 75266-0831 |
| Dwayne and Cheryl Lutz c/o<br>Law Offices of Elizabeth G. Smith<br>6655 First Park Ten, Suite 240<br>San Antonio, TX 78213-4304 | GreatAmerica Financial Services Corporation<br>Attn: Litigation Dept.<br>PO Box 609<br>Cedar Rapids, IA 52406-0609 | IPFS Corporation<br>30 Montgomery Street #501<br>Jersey City, NJ 07302-3821 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Joseph B. Nester<br>c/o William R. Davis, Jr.<br>Langley & Banack, Inc.<br>745 E. Mulberry Ave., Suite 700<br>San Antonio, TX 78212-3172 |
| Joseph Nester<br>5886 DEZAVLA RD STE 102<br>San Antonio, TX 78249-2269 | NEORA, LLC f/k/a NERIUM INTERNATIONAL LL<br>c/o Brian P. Shaw<br>CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL<br>901 Main Street, Suite 5500<br>Dallas, TX 75202-3767 | Natural Technology<br>350 Apache Trail<br>Terrell, TX 75160-6592 |
| Neora, LLC<br>c/o Mark A. Castillo<br>Carrington, Coleman, Sloman & Blumenthal<br>901 Main Street, Suite 5500<br>Dallas, TX 75202-3767 | SADEQ AL-BASSAM<br>c/o Terry D. Morgan<br>Law Office of John and Morgan, P.C.<br>6464 Savoy Drive, Suite 600<br>Houston, TX 77036-3342 | Stephen Gould<br>16420 Midway Road<br>Addison, TX 75001-4218 |
| U.S. Department of Justice<br>U.S. Attorney Texas - Western<br>Attn: Bankruptcy<br>601 NW Loop 410, Suite 600<br>San Antonio, TX 78216-5512 | John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801-4943 | Morris Eugene White III<br>Villa & White LLP<br>100 NE Loop 410 Suite 615<br>San Antonio, TX 78216-4713 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

(d)Bexar County
c/o Karalyssa Canales
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

Internal Revenue Service
300 E. 8th St. STOP5026AUS
Special Procedures- Insolvency
Austin, TX 78701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Nerium Biotechnology Inc.
5886 DeZavala Rd. Ste 102
San Antonio, TX 78249-2269

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27