IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: | |
| NERIUM BIOTECHNOLOGY, INC. | Case No.:   23-50890-mmp |
| Debtor. | Chapter:   7 |

## AGREED ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY WITH JOSEPH NESTER PURSUANT TO FED. R. BANKR. P. 9019

**CAME ON FOR CONSIDERATION** the *Motion to Compromise Controversy with Joseph Nester* (the "Motion")[1] filed by John Patrick Lowe, Chapter 7 Trustee ("Trustee") for the Bankruptcy Estate of Nerium Biotechnology, Inc. ("Debtor"). Counsel for Trustee and counsel for Joseph Nester (the "Defendant") advised the Court that the Motion represents an agreement reached by the parties and that the terms of this Order further memorialize the agreement. The Court, after due deliberation and after a review of the evidence presented and in consideration of the

---

[1] Unless otherwise defined herein, all capitalized terms are adopted from the Motion.

**AGREED ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY WITH JOSEPH NESTER** – Page 1

i_12402589v.1

agreement of the parties set forth herein and the lack of any objection to being filed to the Motion, finds that good cause has been shown for the relief sought. Accordingly, the Court finds as follows:

1.      The Trustee's decision to compromise and settle with the Defendant under the terms described in the Motion is fair and reasonable and in the best interest of the estate, its creditors and parties in interest.

2.      The decision to enter into the Settlement reached between the Trustee and the Defendant is a proper exercise of the Trustee's prudent business judgment.

3.      The Motion complies with all applicable Fifth Circuit law regarding FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019.

4.      Proper and adequate notice of the Motion has been given, and no other or further notice is necessary.

**IN CONSIDERATION OF THE FOREGOING**, the Court finds that the Motion should be, and hereby is, **GRANTED** in all respects. Accordingly, it is hereby

**ORDERED, ADJUDGED and DECREED** that the *Motion to Compromise Controversy with Joseph Nester* is GRANTED. It is further

**ORDERED, ADJUDGED and DECREED** that all capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms as set forth in the Motion. It is further

**ORDERED, ADJUDGED and DECREED** that the parties are hereby directed and authorized to execute the Settlement Agreement attached to the Motion and all other documents necessary to effectuate the terms of the Settlement. It is further

**ORDERED, ADJUDGED and DECREED** that the Trustee and the Defendant will cooperate with each other in executing the Settlement Agreement and implementing its terms.  Finally, it is further

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Agreed Order.

###

**AGREED AS TO FORM AND CONTENT:**

*/s/  Robert C. Rowe*
Brian P. Shaw (bshaw@ccsb.com)
Mark A. Castillo (markcastillo@ccsb.com)
Monica Latin (mlatin@ccsb.com)
Robert C. Rowe (rrowe@ccsb.com)
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP**
901 Main Street, Suite 5500
Dallas, TX  75202
Telephone: 214-855-3000

**SPECIAL COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

*/s/  William R. Davis, Jr.*
William R. Davis, Jr.
(wrdavis@langleybanack.com)
**Langley & Banack, Inc.**
745 E. Mulberry Ave., Suite 700
San Antonio, TX  78212
Telephone: 210-736-6600

**COUNSEL FOR DEFENDANT JOSEPH NESTER**